

**FILED**

03/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0485

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0485

DAVID RAFES,

    Plaintiffs and Appellants,

v.

ANDY BUTTS,

    Defendant and Appellee.

**FILED**

MAR 2 9 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Appearing on his own behalf, Appellant David Rafes filed the opening brief on appeal on March 26, 2021. Rules 10 through 13 of the Montana Rules of Appellate Procedure set forth the requirements for filing appellate briefs. The Clerk of Court also has available a copy of the *Civil Handbook* for litigants proceeding before this Court without an attorney. The Court has determined that Appellant's brief does not comply with these rules. Accordingly,

IT IS HEREBY ORDERED that Appellant's opening brief be returned for revisions necessary to comply with the Montana Rules of Appellate Procedure. In particular, Appellant's brief must:

1. Include in the cover page, pursuant to Rule 11(6)(b), (v) and (vi):
    a. The names, mailing addresses, telephone, fax numbers, and email addresses (if any) of the respective counsel for the parties or for the parties if they are proceeding without counsel;
    b. The title of the document being filed, such as "Appellant's Brief."

2. Include contents set forth in Rule 12(1). The brief should contain:
    a. A statement of issues presented for review. The statement of the issues are questions that tell the Court what mistake(s) the district court made;
    b. A summary of the argument you will make to the Court;
    c. A statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear;
        i. You may not rely on any facts that the district court did not have before it. Therefore, the brief must include

references to the record on appeal—for example, Transcript, p. 231; Judgment, p. 3; or Motion for Summary Judgment, p. 2—pursuant to Rule 12(9);

   d. An argument containing the Appellant's contentions with respect to the issues presented;

   e. A short conclusion stating the precise relief sought.

3. Be double spaced except that footnotes and quoted and indented material may be single spaced, per Rule 11(3)(b).

IT IS HEREBY ORDERED that the original of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that the postage costs for returning the Appellant's brief will be billed to Appellant by the Clerk of the Supreme Court and shall be due and payable upon receipt;

IT IS FURTHER ORDERED that the signed original and nine copies of the *revised* brief ordered herein be filed within fifteen (15) days of the date of this Order with the Clerk of the Supreme Court and one copy of each revised brief be served on counsel of record;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of refilling of the brief being returned this date.

The Clerk is directed to mail a true copy of this Order, together with all copies of Appellant's brief referenced herein, to Appellant and to mail a true copy of this Order to all counsel and/or parties upon whom the brief was served, and to provide a copy of the *Civil Handbook* to Appellant.

DATED this 29th day of March, 2021.

For the Court,

By _____

Justice